IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA,

Plaintiff(s),

v.

Minghan Chen,

Defendant(s).

Case No. **19CR 158**

Judge Sheila Finnegan

### ORDER

Arrest warrant issued to United States Homeland Agent Security and Any Authorized Officer as to defendant Minghan Chen. The Government's motion to seal case, affidavit, and arrest warrant is granted.

Date: 2/22/2019

Sheila Finnegan
United States Magistrate Judge