AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:19-mj-00113 |
| | ) | |
| Minghan Chen | ) | Charging District's Case No. 19-cr-158 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     Northern District of Illinois

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/19/19

_____
Defendant's signature

_____
Signature of defendant's attorney

Michelle Sweet
_____
Printed name of defendant's attorney

AO 94  (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.: 3:19-mj-00113 |
| | ) | |
| Minghan Chen | ) | Charging District's |
| Defendant | ) | Case No.: 19-cr-158 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Northern** District of **Illinois**.

The defendant may need an interpreter for this language: **Taishanese**.

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of court for this district must transmit any bail and documents to the charging district.

Date: 6/19/2019

_John D Russo_
Judge's signature

HON. JOLIE A. RUSSO, U.S. MAGISTRATE JUDGE
*Printed name and title*

CUSTODY, Interpreter:Other, NRESTRAINT, TERMINATED,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE # 3:19−mj−00113 All Defendants

Case title: USA v. Chen
Other court case number: 19cr158 Northern District of Illinois

Date Filed: 06/18/2019
Date Terminated: 06/19/2019

Assigned to: Unassigned

**Defendant (1)**

**Minghan Chen**
81453−065
*TERMINATED: 06/19/2019*

represented by **Michelle M. Sweet**
Federal Public Defender's Office
101 SW Main Street
Suite 1700
Portland, OR 97204
503−326−2123
Fax: 503−326−5524
Email: michelle_sweet@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sarah Barr** |
| | | U.S. Attorney's Office |
| | | 1000 SW Third Avenue |
| | | Suite 600 |
| | | Portland, OR 97204 |
| | | 503–727–1074 |
| | | Fax: 503–727–1117 |
| | | Email: sarah.barr@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/18/2019 | 1 | | Documents Received From Other Court as to Minghan Chen from Northern District of Illinois Eastern Division Case No: 19CR158 Initial Appearance is set for 6/18/2019 at 01:30PM in Portland before Duty Magistrate Judge. (sb) (Entered: 06/18/2019) |
| 06/18/2019 | 3 | 3 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Minghan Chen (USM #81453–065) held 6/18/19. Order Appointing Counsel: Michelle M. Sweet. Defendant advised of rights. Order: Resetting the Rule 5/Detention Hearing to 6/19/2019 at 1:30PM in Portland before the duty magistrate. Order: Defendant detained pending further hearing. Counsel Present for Plaintiff: Sarah Barr. Counsel Present for Defendant: Michelle Sweet. Restraint Order: NR. (Court Reporter: Ryan White) (Interpreter for Defendant Present: Xiao Chen) (Cantonese) (Oath on file with the court.) (gm) (Entered: 06/18/2019) |
| 06/19/2019 | 4 | 4 | **Minutes of Proceedings:** Further Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Minghan Chen (USM #81453–065) held 6/19/19. Defendant waived preliminary/identity hearing in this district. Defendant waived reading of the charges. Defendant committed to the N. Dist./IL (E. Div.) at Chicago for further proceedings. Counsel Present for Plaintiff: Sarah Barr. Counsel Present for Defendant: Michelle Sweet. (Court Reporter: Bonita Shumway) (Interpreter for Defendant Present: Xiao Chen) (Taishanese) (Oath on file with the court.) (gm) (Entered: 06/19/2019) |
| 06/19/2019 | 5 | 5 | Waiver of Preliminary Examination or Hearing pursuant to Rule 5(c)(3) by Minghan Chen (schm) (Entered: 06/19/2019) |
| 06/19/2019 | 6 | 6 | Commitment to Another District as to Minghan Chen. Defendant committed to Northern District of Illinois, Eastern Division. Original and two certified copies forwarded to U.S. Marshal on 6/19/2019. (schm) Modified on 6/19/2019, for text. (schm). (Entered: 06/19/2019) |

Case 3:19-mj-00113 Document 7 Filed 06/19/19 Page 3 of 6
Case 3:19-cr-00158 Document #: 6 Filed: 06/20/19 Page 5 of 6 PageID #:29
Case 3:19-mj-113 NEF for Docket Entry 3 Filed 06/18/2019 Page 1 of 1

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Michelle M. Sweet (michelle_sweet@fd.org, neysa_bogar@fd.org), Sarah
Barr (bonnie.fritzler@usdoj.gov, caseview.ecf@usdoj.gov, sarah.barr@usdoj.gov)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:6639963@ord.uscourts.gov
Subject:Activity in Case 3:19-mj-00113 USA v. Chen Initial Appearance - Out of District
Warrant
Content-Type: text/html
```

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 6/18/2019 at 3:24 PM PDT and filed on 6/18/2019

| | |
|---|---|
| **Case Name:** | USA v. Chen |
| **Case Number:** | 3:19–mj–00113 |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Minghan Chen (USM #81453–065) held 6/18/19. Order Appointing Counsel: Michelle M. Sweet. Defendant Defendant advised of rights. Order: Resetting the Rule 5/Detention Hearing to 6/19/2019 at 1:30PM in Portland before the duty magistrate. Order: Defendant detained pending further hearing. Counsel Present for Plaintiff: Sarah Barr. Counsel Present for Defendant: Michelle Sweet. Restraint Order: NR. (Court Reporter: Ryan White) (Interpreter for Defendant Present: Xiao Chen) (Cantonese) (Oath on file with the court.) (gm)**

**3:19–mj–00113–1 Notice has been electronically mailed to:**

Michelle M. Sweet &nbsp &nbsp michelle_sweet@fd.org, neysa_bogar@fd.org

Sarah Barr &nbsp &nbsp sarah.barr@usdoj.gov, Bonnie.Fritzler@usdoj.gov, CaseView.ECF@usdoj.gov

**3:19–mj–00113–1 Notice will <u>not</u> be electronically mailed to:**

Case 3:19-mj-00113   Document 7   Filed 06/19/19   Page 4 of 6
Case 1:19-cr-00458 Document #: 6 Filed: 06/20/19 Page 6 of 6 PageID #:29
Case 3:19-mj-113 NEF for Docket Entry 4 Filed 06/19/2019 Page 1 of 1

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Michelle M. Sweet (michelle_sweet@fd.org, neysa_bogar@fd.org), Sarah
Barr (bonnie.fritzler@usdoj.gov, caseview.ecf@usdoj.gov, sarah.barr@usdoj.gov)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:6641680@ord.uscourts.gov
Subject:Activity in Case 3:19-mj-00113 USA v. Chen Initial Appearance - Out of District
Warrant
Content-Type: text/html
```

## U.S. District Court

### District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 6/19/2019 at 1:58 PM PDT and filed on 6/19/2019

| | |
|---|---|
| **Case Name:** | USA v. Chen |
| **Case Number:** | 3:19–mj–00113 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**Minutes of Proceedings: Further Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Minghan Chen (USM #81453–065) held 6/19/19. Defendant waived preliminary/identity hearing in this district. Defendant waived reading of the charges. Defendant committed to the N. Dist./IL (E. Div.) at Chicago for further proceedings. Counsel Present for Plaintiff: Sarah Barr. Counsel Present for Defendant: Michelle Sweet. (Court Reporter: Bonita Shumway) (Interpreter for Defendant Present: Xiao Chen) (Taishanese) (Oath on file with the court.) (gm)**

**3:19–mj–00113–1 Notice has been electronically mailed to:**

Michelle M. Sweet &nbsp &nbsp michelle_sweet@fd.org, neysa_bogar@fd.org

Sarah Barr &nbsp &nbsp sarah.barr@usdoj.gov, Bonnie.Fritzler@usdoj.gov, CaseView.ECF@usdoj.gov

**3:19–mj–00113–1 Notice will not be electronically mailed to:**