# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                   Case No.: 1:19–cr–00158
                                                  Honorable Virginia M. Kendall

Minghan Chen

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall as to Minghan Chen. Arraignment hearing held. Defendant informed of rights and waives formal reading of the Indictment. Defendant enters plea of not guilty to the Indictment. Rule 16 Conference shall be done on or before 9/13/2019. Status hearing set for 11/13/2019 at 9:30 AM. Defendant ordered to appear and be transported by U.S. Marshals Service for Status hearing set for 11/13/2019 at 9:30 AM. By agreement of parties and pursuant to Title 18, Section 3161(h) (7)(B)(iv) time is hereby excluded to 11/13/2019 for the filing and review of Pretrial Motions and the complexity of the case. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.